O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JUNIOR TOBIAS, JR., <br><br> Petitioner, <br><br> vs. <br><br> B. CASH, WARDEN, <br><br> Respondent. | CASE NO. ED CV 11-01301 DDP (RZ) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 10-1-12

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE