**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE JUNIOR TOBIAS, JR., | ) | CASE NO. ED CV 11-01301 DDP (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| B. CASH, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of WILLIE JUNIOR TOBIAS, JR., for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 10-1-12

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE